# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DEBORAH LIGHTNER-PEPPARD,** § § § Plaintiff, § § v. § Civil Action No.: 4:19-cv-900-SDJ-KPJ § **PERFORMANT RECOVERY, INC.,** § § Defendant. § § § | |

## ORDER

The Court is set for a Rule 16 Management Conference in this matter on Tuesday, April 21, 2020, at 1:30 p.m.

**IT IS HEREBY ORDERED** that the Rule 16 Management Conference in this matter is **RESET** to **April 21, 2020, at 10:30 a.m.**, and the parties shall appear telephonically. The Court provides participants with the teleconference call-in information as follows:

**ATT Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3465831, followed by #.**

Participants are directed to call this number no later than 10:25 a.m.

**So ORDERED and SIGNED this 1st day of April, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE